IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



JAMES S. FARRIN, P.C., )
 )
 Petitioner, )
 )
 v. ) 1:15CV828
 )
McEACHIN & GEE, ATTORNEYS AT )
LAW, LLP and FARMERS LAW )
GROUP OF CONNECTICUT, LLC, )
 )
 Respondents. )

**MEMORANDUM ORDER**

This matter is currently before the Court on motion of James S. Farrin, P.C. ("Farrin") to enforce an arbitration award that was entered on June 24, 2015. (Doc. #1.)

According to the Federal Arbitration Act, a court "must" enter an order confirming an arbitration award if: (1) the parties agreed in the arbitration agreement that judgment may be entered by a court; (2) the moving party has requested the confirmation within one year of the award; and (3) the award has not been vacated, modified, or corrected. 9 U.S.C. § 9.

In this case, Farrin's motion meets all the requirements of 9 U.S.C. § 9, and the award should be confirmed. First, the arbitration agreement explicitly states that the arbitration award "may be entered in any court of competent jurisdiction." (Doc. #1-1 at 11.) Second, Plaintiff has moved to confirm the award within one year of the award being granted; the arbitration award was entered on June 24, 2015, and Farrin filed the instant motion on October 5, 2015. Third, Respondents have not moved to vacate, modify, or correct the award within the applicable three-month time limit

under 9 U.S.C. § 10, and thus, the award has not been vacated, modified, or corrected.

Therefore, the motion will be granted and this Court will enter judgment in the amount of $2,133,125.22 as set forth in the arbitration award. (Doc. #1-1 at 5.)

This the 8th day of December, 2015.

/s/ [signature]
Senior United States District Judge